United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10173-elf
Michelle Lee Amos                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 1                Date Rcvd: Jan 13, 2020
                             Form ID: 130           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.
db             +Michelle Lee Amos,   1038 Georgetown Drive,   Reading, PA 19605-3254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2020 at the address(es) listed below:
          CHARLES   LAPUTKA    on behalf of Debtor Michelle Lee Amos claputka@laputkalaw.com,
           jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                                                      Chapter: 13

    Michelle Lee Amos

                Debtor(s)              Bankruptcy No: 20–10173–elf

*O R D E R*

**AND NOW,** this 13th day of January 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Chapter 13 Plan due by 01/24/2020.
    Chapter 13 Statement of Your Current Monthly Income and Calculation of
    Commitment Period Form 122C–1 Due 01/24/2020
    Schedules AB–J due 01/24/2020.
    Statement of Financial Affairs due 01/24/2020.
    Summary of Assets and Liabilities Form B106 due 01/24/2020,
    Means Test Calculation Form 122C–2 – If Applicable– due 1/24/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Judge , United States Bankruptcy Court

4
Form 130