## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Michelle Lee Amos** | **CASE NO – 20-10173** |
| **Debtor** | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Michelle Lee Amos on behalf of his counsel, Charles Laputka, Esquire has filed a Motion to Continue Automatic Stay Pursuant to 11 U.S.C. Section 362.

1. <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before February 24, 2020 you or your attorney must file a response to the Motion.

3. A hearing on the Motion is scheduled to be held on March 12, 2020 at 11:00 am United States Bankruptcy Court, 400 Washington Street, Reading, Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office(s) in Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:

Clerk, U.S. Bankruptcy Court  
Eastern District of Pennsylvania  
The Madison Building, Suite 300  
400 Washington Street  
Reading, PA 19601

9. If you mail your response to the bankruptcy clerk's office for filing, you must    mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must    mail or deliver a copy of the Response to the movant's attorney:

Charles Laputka, Esquire  
Laputka Law Office, LLC  
1344 W. Hamilton Street  
Allentown, PA 18102

Date: February 3, 2020                                             Laputka Law Office, LLC

/s/ Charles Laputka, Esquire  
Charles Laputka, Esq.  
Attorney for Debtor  
PAID: 91984  
1344 W. Hamilton St.  
Allentown, PA 18102