**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Michelle Lee Amos** | **CASE NO – 20-10173** |
| **Debtor** | |

**CERTIFICATE OF NO RESPONSE AND
REQUEST FOR ENTRY OF ORDER**

I, Charles Laputka, Esquire, counsel for the Debtor, hereby certify the following:

1. The Motion to Continue Automatic Stay pursuant to 11 U.S.C. §362 was timely served on all interested parties as is shown on the certificate of service previously filed with the Motion.

2. The deadline for response to the Motion was February 24, 2020.

3. No objections, responses, or requests for hearing on the Application have been received, and as of February 25, 2020 a check of the electronic entries docketed in this case confirms that no objections, responses, or requests for hearing on the Application have been filed.

WHEREFORE, Movant seeks the entry of the proposed order filed with the motion, granting the requested relief.

Dated: February 25, 2020          /s/ *Charles Laputka, Esquire*
                                  CHARLES LAPUTKA, Esquire
                                  PA I.D. No. 91984
                                  1344 West Hamilton Street
                                  Allentown, PA 18102
                                  Phone: (610) 477-0155
                                  Facsimile: (484)350-3581