**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Michelle Lee Amos** | CASE NO – 20-10173 |
| **Debtor** | |

**ORDER**

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

Date: 3/16/20

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE
for U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER