United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michelle Lee Amos  
      Debtor

Case No. 20-10173-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: PaulP    Page 1 of 1    Date Rcvd: Mar 16, 2020  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.  
db      +Michelle Lee Amos,    1038 Georgetown Drive,    Reading, PA 19605-3254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:  
       CHARLES    LAPUTKA     on behalf of Debtor Michelle Lee Amos claputka@laputkalaw.com,  
         jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
    TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Michelle Lee Amos | CASE NO – 20-10173 |
| Debtor | |

## ORDER

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED**.

Date: 3/16/20

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE
for U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER