United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 20-10173-pmm
Michelle Lee Amos                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP              Page 1 of 2                Date Rcvd: Jul 02, 2020
                              Form ID: pdf900          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
```
db              +Michelle Lee Amos,    1038 Georgetown Drive,    Reading, PA 19605-3254
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14450170        +Chrysler Capital,    PO Box 961245,    Fort Worth, TX 76161-0244
14450172        +Georgeadis Setley,    4 Park Plaza, 2nd Floor,    Reading, PA 19610-1398
14450173        +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14450174       ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
                 (address filed with court: Met-Ed,     2800 Pottsville Pike,    Reading, PA 19605)
14473230        +Met-Ed,   101 Crawford's Corner Rd.,    Bldg. #1 Suite 1-511,    Holmdel, NJ 07733-1976
14450175        +Muhlenberg Township,    210 George St,    Reading, PA 19605-3164
14450176         N.A.R. Inc.,    PO Box 505,    Linden, MI 48451-0505
14453642        +Quicken Loans Inc.,    C/O KML Law Group,    701 Market Street Suite 5000,
                  Philadelphia, PA. 19106-1541
14455225        +Quicken Loans Inc.,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14450180        +R U I Credit Services,    PO Box 1349,    Melville, NY 11747-0421
14450181        +Reading Parking Authority,    613 Franklin St,    Reading, PA 19602-1101
14458755        +Santander Consumer USA Inc.,     ,an Illinois corporation,    d/b/a Chrysler Capital,
                  PO Box 961275,    Fort Worth, TX 76161-0275
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 03 2020 04:46:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 03 2020 04:47:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14450169        +E-mail/Text: rperez@arcadiarecovery.com Jul 03 2020 04:47:08     Arcadia Recovery Bureau,
                 645 Penn St,    Reading, PA 19601-3543
14455218        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 03 2020 04:52:27
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14450171        +E-mail/Text: bankruptcy@fult.com Jul 03 2020 04:47:35     Fulton Bank,    PO Box 4887,
                 Lancaster, PA 17604-4887
14455517         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 03 2020 04:51:08     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14450178         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2020 04:51:08
                 Portfolio Recovery Associates,    120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
14463317         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2020 04:52:24
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14462933         E-mail/Text: bnc-quantum@quantum3group.com Jul 03 2020 04:46:47
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
14476886        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 03 2020 04:47:10     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14450179        +E-mail/Text: bankruptcyteam@quickenloans.com Jul 03 2020 04:47:10     Quicken Loans, Inc,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
14450182         E-mail/Text: bkrcy@ugi.com Jul 03 2020 04:47:29     UGI Utilities Inc,    PO Box 13009,
                 Reading, PA 19612-3009
14450183         E-mail/Text: documentfiling@lciinc.com Jul 03 2020 04:46:36     Xfinity,    PO Box 21129,
                 Saint Paul, MN 55121-0129
                                                                                               TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14489066*      ++UGI UTILITIES INC,    ATTN CREDIT & COLLECTIONS,    P O BOX 13009,    READING PA 19612-3009
                 (address filed with court: UGI Utilities, Inc.,     P.O. Box 13009,    Reading, PA 19612)
14450177       ##+Neal Metz,   1038 Georgetown Drive,    Reading, PA 19605-3254
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4           User: PaulP                 Page 2 of 2                  Date Rcvd: Jul 02, 2020
                               Form ID: pdf900             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
              CHARLES    LAPUTKA     on behalf of Debtor Michelle Lee Amos claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michelle Lee Amos<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 20-10173-PMM |

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 2, 2020**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE